# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MERALOC, LLC** | § | |
| **Plaintiff,** | § § | C.A. NO. 2:16-cv-00090-RWS-RSP |
| v. | § § | |
| **APPLE INC.** | § § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL

In consideration of the parties' Joint Motion For Dismissal of all claims asserted between Plaintiff and Counterclaim Defendant Meraloc LLC and Defendant and Counterclaim Plaintiff Apple Inc., the Joint Motion For Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Meraloc against Apple are dismissed WITH PREJUDICE, and all counterclaims asserted by Apple against Meraloc are dismissed WITHOUT PREJUDICE.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 22nd day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE